THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PETER S. BEZICH, individually and on behalf of a class of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Cause No.: 1:09-cv-200 JVB RBC |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, ) ) ) | CLASS ACTION COMPLAINT |
| Defendant. ) ) | |

**NOTICE OF FILING**

Lincoln National Life Insurance Company ("Lincoln National"), by and through its undersigned counsel, hereby notifies the Court that on April 9, 2010, it timely filed a Petition for Permission to Appeal Remand Order Pursuant to 28 U.S.C. § 1453(c) (the "Petition") with the United States Court of Appeals for the Seventh Circuit, seeking appellate review of the Opinion and Order on Plaintiff's Motion to Remand (DE 43), entered on March 30, 2010. As a result, consistent with applicable authorities, the federal court maintains jurisdiction over this case until, at the earliest, the Seventh Circuit Court of Appeals resolves the issues addressed in the Petition.

Dated: April 9, 2010                              Respectfully submitted,

*/s/ Jason T. Clagg*
Jason T. Clagg
Kathleen M. Anderson
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802
Telephone: (260) 425-4657
Facsimile: (260) 424-8316
kathleen.anderson@btlaw.com

1

AND

Waldemar J. Pflepsen, Jr. *(Pro Hac Vice)*
Shaunda Patterson-Strachan *(Pro Hac Vice)*
Robin M. Sanders *(Pro Hac Vice)*
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC  20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104

*Attorneys for Lincoln National*
*Life Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2010, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Matthew J. Connelly, Esq.<br>BLUME, CONNELLY, JORDAN,<br>    STUCKY & LAUER LLP<br>110 W. Berry Street, Suite 1700<br>Fort Wayne, IN 46802 | Patrick J. Stueve, Esq.<br>Richard M. Paul, III, Esq.<br>STUEVE SIEGEL HANSON LLP<br>Suite 200<br>460 Nichols Road<br>Kansas City, MO  64112 |
| Stephen R. Miller, Esq.<br>John J. Schirger, Esq.<br>Matthew W. Lytle, Esq.<br>MILLER SCHIRGER, LLC<br>Suite 630<br>800 West 47th Street<br>Kansas City, MO 64112 | |

> */s/ Jason T. Clagg*
> Jason T. Clagg

*227041*